Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TARA ANN HODGES | § | CASE NO. 18-40455-btr-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### NOTICE OF HEARING ON DEBTORS RESCHEDULED/CONTINUED CONFIRMATION HEARING ON CHAPTER 13 PLAN

You are hereby notified that hearing will be held regarding the foregoing on **09/26/2018 at 9:30 a.m. located at the United States Bankruptcy Court, Wells Fargo Building, 660 N. Central Expwy, Ste 300B, Plano, TX 75074.**

Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.

Respectfully Submitted,

Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243-6113
469.232.3328 Phone
214.221.1755 Fax

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2018, I did serve a true and correct copy of the foregoing to the following interested parties, and to those parties on the attached mailing list, by United States Mail, First Class;

Tara Ann Hodges
5409 Devils River Dr
McKinney, TX 75071

Office of the Standing Chapter 13 Trustee - Via ECF
500 N. Central Expressway, Suite 350
Plano, TX 75074

United States Trustee
110 N. College Avenue, Room 300
Tyler, TX 75702

                                              /s/ Marcus Leinart
                                              Marcus Leinart
                                              Attorney for Debtor